IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>BRADY KNOWLTON,<br><br>    *Defendant.* | Criminal Action No. 21-46 (RDM) |

**DEFENDANT'S UNOPPOSED MOTION TO TRAVEL**

TO THE HONORABLE RANDOLPH D. MOSS, UNITED STATES DISTRICT JUDGE FOR THE DISTRICT OF COLUMBIA:

    BRADY KNOWLTON, the Defendant in the above-styled and numbered cause, by and through undersigned counsel, requests this Court permit him to travel to Mexico for business purposes. In support thereof, he would show the following.

1. On April 7, 2021, Mr. Knowlton was released on conditions of release that require *inter alia* he abide by certain travel restrictions, namely, that he not travel outside the state of his residence without permission from the pretrial officer and not travel outside the United States without prior permission from the Court. ECF Dkt. 16, Condition 6(b)(ii) & (iii)).

2. As referenced in previous motions to travel, Mr. Knowlton owned multiple businesses in Mexico that required his attention. *See, e.g.*, ECF Dkt. 55, 92, 105, 121, 127. In his previous motion to travel, Mr. Knowlton sought and received permission from this Court to travel there as he was in the process of selling his interests

in those businesses. *See* ECF Dkt. 234; Minute Order of 5/29/24. However, as one of the contracts to sell fell through, Mr. Knowlton needs to return to Mexico to turn over management of the business so that it can be sold off.

3. Hence, Mr. Knowlton is seeking permission to travel to Puerto Aventuras, Mexico from October 11 to October 15, 2024. Exact travel details and locations where he will be staying will be provided to his supervision officer.

4. Undersigned counsel conferred with counsel for the Government, Carolina Nevin, and confirmed that she does not object to this motion. Counsel also conferred with the United States Probation Officer presently supervising Mr. Knowlton in the Northern District of Texas, Jailene Escobedo, and she also has no objections to this motion.

WHEREFORE, PREMISES CONSIDERED, Mr. Knowlton respectfully requests this Court permit him to travel to Mexico as requested.

Date: October 3, 2024              Respectfully Submitted,

**RONALD SULLIVAN LAW, PLLC**

by: /s/ *Ronald S. Sullivan Jr.*
RONALD S. SULLIVAN JR.
D.C.D.C. Bar ID 451518
rsullivan@ronaldsullivanlaw.com

1300 I Street NW, Suite 400 E
Washington, DC 20005
Telephone: (202) 935-4347
Fax: (617) 496-2277

**MAYR LAW, P.C.**

by: /s/ *T. Brent Mayr*
T. BRENT MAYR
Texas State Bar Number 24037052
D.C.D.C. Bar ID TX0206
bmayr@mayr-law.com

5300 Memorial Dr., Suite 750
Houston, TX 77007
Telephone:  713-808-9613
Fax:  713-808-9613


**WAGNER PLLC**

by: /s/ *Camille Wagner*
CAMILLE WAGNER
DC Bar No. 1695930
law@myattorneywagner.com

1629 K Street NW, Suite 300
Washington, DC 20006
(202) 630-8812

ATTORNEYS FOR THE DEFENDANT,
BRADY KNOWLTON

## **CERTIFICATE OF CONFERENCE**

I certify that I conferred with both Carolina Nevin, attorney for the Government, and Jailene Escobedo, Probation Officer for the Northern District of Texas, and neither object to this motion.

>  /s/ *T. Brent Mayr*
>  Brent Mayr
>  Attorney for Brady Knowlton

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of this motion was sent to Counsel for the Government on October 3, 2024, via CM/ECF.

>  /s/ *T. Brent Mayr*
>  Brent Mayr
>  Attorney for Brady Knowlton