IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>BRADY KNOWLTON,<br><br>    *Defendant.* | Criminal Action No. 21-46 (RDM) |

**UNOPPOSED MOTION TO CONTINUE SENTENCING**

TO THE HONORABLE RANDOLPH D. MOSS, UNITED STATES DISTRICT JUDGE FOR THE DISTRICT OF COLUMBIA:

    BRADY KNOWLTON, Defendant in the above styled and numbered cause, by and through undersigned counsel, without opposition from the Government, respectfully moves this Court to continue the sentencing hearing in his case presently scheduled for December 13, 2024, at 9:00 a.m to the following week due to his counsel's scheduling conflicts. In support thereof, Mr. Knowlton would show the following.

    On November 4, 2024, this Court granted in part and denied in part Mr. Knowlton's unopposed motion to continue sentencing to allow him an adequate opportunity to respond to the final presentence investigation report (PSR) that was to be completed and filed today. *See* ECF Dkt. 266; Minute Order of 11/4/24. Although Mr. Knowlton requested that his sentencing be rescheduled to February 7, 2025 at 11:00 a.m. — the next available date for the parties and the Court to hold the sen-

1

tencing hearing[1] — this Court instead scheduled the sentencing hearing for December 13, 2024, at 9:00 a.m. *See id.*

Both of Mr. Knowlton's counsel are unavailable on that date.[2] Mr. Sullivan was (and still is) scheduled to appear in the Eastern District of New York for a sentencing hearing on that same date. Mr. Mayr is scheduled to be in trial in Texas state court starting on December 5 wherein his client is charged with murder; the trial could possibly conclude on December 13. The attorney for the United States, Carolina Nevin, is scheduled to be out of the country beginning on December 12.

The Government has made arrangements to have another Assistant United States Attorney be present. Mr. Knowlton, however, does not have the same ability to have substitute counsel appear on his behalf. Upon reviewing the final PSR filed this morning, Mr. Knowlton and his counsel can confirm that they need their allotted amount of time to prepare and make objections to the PSR, provide updated and additional information not included therein, and prepare for and be present for the sentencing hearing.

With no opposition from the Government, Mr. Knowlton respectfully requesting this Court to reset sentencing to the following week, December 16 through 19, 2024 or, if absolutely necessary, December 20, 2024, as counsel for both parties should be available any day that week. Both of Mr. Knowlton's counsel will be unavailable

---

[1] Counsel for both parties conferred with the Court's case manager prior to filing the motion to determine what dates were available given the parties' availability, as well as that of the Court.

[2] Although Camille Wagner has made an entry of appearance in this case as Mr. Knowlton's attorney, her role has been limited to serving solely as local counsel and, as this Court is aware by her absence from the bench trial in this case, has had limited involvement in the case. Mr. Sullivan and Mr. Mayr are Mr. Knowlton's primary counsel and he wishes to have both present for his sentencing hearing.

after January 2, 2025 as both will be participating at the Trial Advocacy Workshop at Harvard Law School.

WHEREFORE, PREMISES CONSIDERED, Mr. Knowlton respectfully moves this Court to continue the sentencing hearing presently scheduled for December 13, 2024 to the following week.

Respectfully Submitted,

**RONALD SULLIVAN LAW, PLLC**

by: /s/ *Ronald S. Sullivan Jr.*
RONALD S. SULLIVAN JR.
D.C.D.C. Bar ID 451518
rsullivan@ronaldsullivanlaw.com

1300 I Street NW, Suite 400 E
Washington, DC 20005
Telephone: (202) 935-4347
Fax: (617) 496-2277

**MAYR LAW, P.C.**

by: /s/ *T. Brent Mayr*
T. BRENT MAYR
D.C.D.C. Bar ID TX0206
bmayr@mayr-law.com

5300 Memorial Dr., Suite 750
Houston, TX 77007
Telephone: 713-808-9613
Fax: 713-808-9613

**WAGNER PLLC**

by: /s/ *Camille Wagner*
CAMILLE WAGNER
DC Bar No. 1695930
law@myattorneywagner.com

1629 K Street NW, Suite 300
Washington, DC 20006
202-630-8812

*Attorneys for Brady Knowlton*

## CERTIFICATE OF CONFERENCE

I certify that I conferred with counsel for the Government, Carolina Nevin, on November 7, 2024, and she confirmed that she is not opposed to this motion.

/s/ *T. Brent Mayr*
T. BRENT MAYR
Attorney for Brady Knowlton

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this motion was sent to Counsel for the Government, Carolina Nevin, on November 7, 2024, via CM/ECF and email, as well as representatives with the United States Probation Office.

/s/ *T. Brent Mayr*
T. BRENT MAYR
Attorney for Brady Knowlton