UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRADY KNOWLTON,<br><br>Defendant. | Case No. 21-CR-46-2 (RDM) |

## GOVERNMENT'S SENTENCING MEMORANDUM

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this addendum to its sentencing memorandum filed on October 31, 2024, ECF No. 269.

On November 7, 2024, the United States Probation Office filed its Presentence Investigation Report in this matter, where Knowlton reported having a Twitter (now X) account. ECF No. 271 ¶ 83. Knowlton's account is publicly accessible at https://x.com/vivamusverum. Knowlton's statements may indicate an unwillingness to meaningfully accept responsibility or showcase remorse for his crime. We bring this to the Court's attention in advance of sentencing.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

By:     /s/ Carolina Nevin
CAROLINA NEVIN
Assistant United States Attorney
NY Bar No. 5226121
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
202-803-1612
carolina.nevin@usdoj.gov

1